IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    CRIMINAL ACTION |
| v. | : |
| | : |
| TALLI MCFADDEN | :    No. 15-376-3 |
| | : |

### ORDER

AND NOW, this 28th day of April, 2023, upon consideration of Mr. McFadden's Motion for Compassionate Release and request for a judicial determination to the Bureau of Prisons that he be transferred to home confinement (Doc. No. 875) and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the motion and request (Doc. No. 875) are **DENIED.**

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
United States District Judge