IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| TALLI MCFADDEN | : | No. 15-376-03 |

**ORDER**

AND NOW, this 28th day of February, 2024, upon consideration of Talli McFadden's Motion to Vacate, Set Aside, or Correct His Sentencer Under 28 U.S.C. § 2255 (Doc. No. 894), the Government's Response in Opposition (Doc. No. 895), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Motion (Doc. No. 894) is **DENIED.**

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge